3:08cv90/RV/EMT

United States District Court
Northern District of Florida
Pensacola Division

Mario A. Chandler, Assoc. Exec. Dir., Inmates Rights Group
(Plaintiff)
vs.
McArthur and Fennell, Correctional Medical Nurses - Santa Rosa Correctional - (Defendants) (Individual Capacity)

Complaint For Negligence

1). Allegation of Jurisdiction: Your / this court has jurisdiction pursuant to Federal Rules of Civil Procedure Section II (two) Rule 3.

2). On Wednesday Jan. 2nd 2008 Nurse McArthur was negligent to my medical respiratory disease. On Friday, Jan. 25th 2008 Nurse Fennell was medically negligent to my medical respiratory disease. Both Nurses had authorized security officials to utilize a disciplinary measure that was harmful to Plaintiff's health, thus placing Plaintiff's life in a compromising health risk. The chemical agents (pursuant to Chapter 33-602.210 (16)(a)(and its subdivisions) F.A.C.) (OC) - Oleoresin Capsicum; (CS) - Orthochlorbenzal Malononitrile; (CN) - Cloroacetophene all cause some type of respiratory distress which inhibits the already difficult breathing of a person who suffers from a persistant respiratory disease. Their actions where arbitrary to my medical impearment, due to the fact that they both gave medical authorization to security personnel to utilize this type of disciplinary measure, which if they did not give consent this type of disciplinary measure would not have been employed, thus preserving the decorum of medical standards and professional practice.

3). As a result of defendant's neglegance to Plaintiff's medical impearments, Plaintiff was made to suffer with scaling irritated skin, respiratory distress, and irritated and burning sensation of the groin. Plaintiff was seen at sick call by nurse Reeves on the 17th of January (after my second sick call request) (which was 15 days after my first exposure to chemical agents) and was treated for my irritated skin (which she gave me a tube of hydroquartizone cream) and my irritated/burning sensation of my groin area (which she gave me four (4) packets of Bacitracin, USP (First Aid Antibiotic ointment)), she notated that she did observe mild skin irritatation on my back due to direct contact with the chemical agents on my skin. I was seen again by sick-call on 2/5/2008 by nurse McAuthur who was reluctant to even examine me for my complaints of continued skin irritation and irritation and burning of my groin. He gave me some more Bacitracin (that was previously given by nurse Reeves) and 8 packets of Antiseptic/Germicide Povidoneiodine U.S.P. Prep Pads and refused to treat my irritant skin. I was seen again by sick-call again just ten (10) days later 2/15/08 by nurse Steele who flatly refused to acknowledge my complaints and ordered security to return me to my cell- stating that I need to stop getting sprayed with chemical agents then my skin wont be irratant.

Wherefore Plaintiff demands judgement against defendants in there individual capacities in the sum of $1,500.00 seperately and an additional $500.00 jointly and collectively, plus cost of court fees incured by this complaint.

**PROVIDED TO
SANTA ROSA C.I.
MAR 0 2 2008
FOR MAILING**
INMATE INITIALS



**State of Florida
Department of Corrections**

## OATH/VERIFICATION

Under penalties of perjury, I  Mario A. Chandler  declare that I have read the foregoing (document) and that the facts stated in it are true.

3/2/08
· Date

[Signature]
Signature of Declarant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing (document) has been furnished by the U.S. Mail—postage prepaid to: United States District Court Northern District Of Florida, Pensacola Division, ATTN: Clerk of Courts, 1 North Palafox Street Room # 226, Pensacola, FL 32502

And was placed in the hand of an institution official for mailing this  2  day of  March , 2008.

Institution and address:

Santa Rosa C.I.
5850 E. Milton RD
Milton, FL 32583