IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARIO A. CHANDLER,
    Plaintiff,

vs.                                       Case No. 3:08cv90/RV/EMT

NURSE McARTHUR, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 8, 2008.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This cause is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3.  All pending motions are **DENIED as moot**.

**DONE AND ORDERED** this 7th  day of May, 2008.


                    /s/ _Roger Vinson_
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**